IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CUONG TAN HUYNH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 05-299-CG-C |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner Huynh's § 2241 motion, mistakenly filed as a motion pursuant to 28 U.S.C. § 2255, be **DISMISSED WITHOUT PREJUDICE** because this court lacks subject-matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3), to decide this matter.

**DONE and ORDERED** this 13th day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE